EMMA HALL, Individually and as Administratrix, etc., Appellant, v. ROBERT McCULLY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

GEORGE H. WYCKOFF, Appellant, v. G. S. ALEXANDER & Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

KERAN M. HORAN, Respondent, v. COMMERCIAL ADVERTISER ASSOCIATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Williams* v. *N. Y. Herald Co.* (165 App. Div. 529). Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.; Smith and Shearn, JJ., dissented.

HUGH M. CREIGHTON, Appellant, v. COMMERCIAL ADVERTISER ASSOCIATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith and Page, JJ.

DANIEL T. GARRIE, Appellant, v. MIGUEL E. DE AGUERO, as President of the CONSOLIDATED STOCK EXCHANGE OF NEW YORK, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.; Page, J., dissented.

RICHARD BLOCH, Respondent, v. BERT N. MARCUS, Appellant. RICHARD BLOCH, Respondent, v. BERT N. MARCUS, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

LEONA HOLDING CORPORATION, Respondent, v. ERNEST A. BIGELOW and Another, Appellants.— Judgment affirmed, with costs, on opinion of Page, J., on former appeal (176 App. Div. 500). Present — Clarke, P. J., Scott, Smith and Page, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

FREDERICK A. BRAUN, Respondent, v. BORDEN'S CONDENSED MILK COMPANY, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

NORA HEALY, Respondent, v. NEW YORK OPHTHALMIC HOSPITAL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

MARGARET L. VARICK, as Executrix, etc., Respondent, v. MARY J. HIGGINS, Individually and as Executrix, etc., Impleaded with MARGARET BURKE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LIVINGSTON RADIATOR AND MANUFACTURING COMPANY, Appellant, v. MORTON TRUCK AND TRACTOR COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of MARGARET T. SCHLEY, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.